IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR231 |
| v. | |
| KEVIN PADILLA-OLMEDO, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 140). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 127) and the Amended Petition for Offender Under Supervision (Filing No. 138) as to defendant Kevin Padilla-Olmedo. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 140) is granted.
2. The Petition for Offender Under Supervision (Filing No. 127) and the Amended Petition for Offender Under Supervision (Filing No. 138) are hereby dismissed without prejudice.
3. Kevin Padilla-Olmedo's previously imposed conditions of supervision remain in effect.

Dated this 25th day of August 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge